**Order entered February 1, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01491-CV

### 6200 GP, LLC, Appellant

### V.

### MULTI SERVICE CORPORATION, MULTI SERVICE TECHONOLOGY SOLUTIONS, INC., AND WORLD FUEL SERVICES CORPORATION, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13014**

## ORDER

Before the Court is appellant's January 31, 2017 unopposed motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by March 10, 2017.

/s/    CRAIG STODDART
        JUSTICE